IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | § CRIMINAL NO. H-13-188 § § |
| YVETTE LAUREN WALTON<br>LAKISHA LASHELL RODGERS | § § |

**O R D E R**

The government filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 67). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 6, 2013 at 9:00 a.m.**

SIGNED on September 13, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge